# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# ally BANK

**Reg. No. 4,025,574**
**Registered Sep. 13, 2011**
**Int. Cl.: 36**

**SERVICE MARK**
**PRINCIPAL REGISTER**

ALLY FINANCIAL INC. (DELAWARE CORPORATION)
200 RENAISSANCE CENTER
DETROIT, MI 482652000

FOR: BANKING AND FINANCING SERVICES; MORTGAGE BANKING AND LENDING SERVICES; DEBIT CARD SERVICES; AND FINANCING OF VEHICLES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-24-2011; IN COMMERCE 1-24-2011.

OWNER OF U.S. REG. NOS. 3,667,813, 3,667,814, AND 3,722,309.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "ALLY" IN A STYLIZED LOWER-CASE LETTERS, SPECIFICALLY WITH A HIGHLY STYLIZED LOWERCASE LETTER "A" FOLLOWED BY THE WORD "BANK" IN A SMALLER FONT IN ALL CAPITAL LETTERS.

SER. NO. 85-230,445, FILED 1-31-2011.

ERIN FALK, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and an** Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and an Application for Renewal between** every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

\*ATTENTION MADRID PROTOCOL REGISTRANTS: The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

# United States of America
## United States Patent and Trademark Office

# ALLY BANK

**Reg. No. 3,722,309**
Registered Dec. 8, 2009

**Int. Cl.: 36**

**SERVICE MARK**
**PRINCIPAL REGISTER**

GMAC INC. (DELAWARE CORPORATION)
200 RENAISSANCE CENTER
P.O. BOX 200
DETROIT, MI 482652000

FOR: BANKING AND FINANCING SERVICES; MORTGAGE BANKING AND LENDING SERVICES; DEBIT CARD SERVICES; AND FINANCING OF VEHICLES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-15-2009; IN COMMERCE 5-15-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK", APART FROM THE MARK AS SHOWN.

SER. NO. 77-752,356, FILED 6-4-2009.

LAKEISHA LEWIS, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,812,175**  GMAC INC. (DELAWARE CORPORATION)
    200 RENAISSANCE CENTER
**Registered June 29, 2010**  DETROIT, MI 482652000

**Int. Cl.: 36**   FOR: BANKING AND FINANCING SERVICES; MORTGAGE BANKING AND LENDING SERVICES; DEBIT CARD SERVICES; AND FINANCING OF VEHICLES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

**PRINCIPAL REGISTER**   FIRST USE 5-15-2009; IN COMMERCE 5-15-2009.

THE MARK CONSISTS OF A STYLIZED LOWERCASE LETTER "A" FOLLOWED BY LOWERCASE LETTERS "LLY".

SN 77-979,264, FILED 4-24-2009.

LAKEISHA LEWIS, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,667,814
Registered Aug. 11, 2009

## SERVICE MARK
## PRINCIPAL REGISTER

# ALLY

GMAC LLC (DELAWARE LIMITED LIABILITY COMPANY)
P.O. BOX 200
200 RENAISSANCE CENTER
DETROIT, MI 482652000

FOR: BANKING AND FINANCING SERVICES; MORTGAGE BANKING AND LENDING SERVICES; DEBIT CARD SERVICES; AND FINANCING OF VEHICLES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-15-2009; IN COMMERCE 5-15-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-977,429, FILED 9-12-2008.

JAMES GRIFFIN, EXAMINING ATTORNEY

# EXHIBIT B

 Skip to navigation

# Ally Financial: Homepage

## Ally Bank named 'Best Online Bank' For Second Straight Year.

- *MONEY® Magazine* Oct.2012 read more

- ### CDs

  Maximize your earnings with Ally's High-Yield CDs.

  Learn more

- ### Savings

  Award-winning savings with no minimum balance.

  Learn more

- ### Checking

  No ATM fees nationwide. Earn interest on your balance.

  Learn more

## Navigation Options

**Make a Payment on your vehicle**

- enroll
- learn more at Ally

Banking    Auto Financing    About Ally
Checking, Savings & CDs    IRAs    Banking with Ally    Find ATMs    Open an Account

- **Step up your savings**

  See how with our CD Ladder tool

- **Earn Ally Perks®**

  Get money back automatically on everyday purchases

- **See what's new**

  We're always working to make banking better for you.

- **View our rates**

  Save more with Ally Savings and CD accounts

### We're a branch-free bank

At Ally, we don't have bank branches. We do have mobile and online banking, Ally eCheck Deposit$^{SM}$ and 24/7 live customer care. We even reimburse other banks' ATM fees.
Learn more

## Navigation

search ally.com  search ally.com
[ search ]

- global
- contact us
- help
- security

## Contact Options

- Bank:

  Chat Online
  on call 24/7
  1-877-247-ALLY (2559)
  Call Wait Time: 0 min

- Auto:

  1-888-925-ALLY(2559)
  Hours of Operation

  **Make a Vehicle Payment**

  Enroll

-
    - options
    - log in

# Access checking, savings & CDs

[icon] Bank Login
Next time go directly to Bank log in ☐
[mask]

# Make a payment on your vehicle

[icon] Auto Login
Next time go directly to Auto log in ☐
[mask]

Looking for Dealer Services? Go to Dealer Services

**Log out**

- Go to My Accounts Go to My Vehicles
- Log Out Log Out

- print
- font size adjustment options:
    - small font
    - medium font
    - large font

Case 2:13-cv-00139-PGR   Document 1-1   Filed 01/22/13   Page 11 of 20

- 
- Ally Bank
- Auto Financing
- Dealer Services
- Commercial Finance
- Ally Financial

- Careers
- Privacy
- Security
- Legal
- Site Map
- Give Feedback

Equal Housing Lender
Member FDIC
follow us:

- Ally Community
- Twitter
- Facebook
- Google Plus
- YouTube
- RSS Feed

©2009-2012 Ally Financial Inc.

 Skip to navigation

# Auto Financing & Leasing: Auto Home

Tools
Monthly payment calculator
See what fits your budget
**Online services login**
Go to Ally Auto Online Services
**Hurricane Sandy**
Recovering from the storm?
We're here to help

We're proud to work with the best automotive manufacturers in the business.

## Look after your Ally financing with ease

## Auto financing for individuals and businesses

### Ally Auto Online Services

Make payments online, update your account, enroll in online statements and more. See demo or enroll in online services.

Log in to make a payment today.

### Payment options

Online, phone or mail – choose what works for you. See demo.

### Lease-end process

See what to do towards the end of your lease — inspection information, Return Vehicle Checklist, and more.

### End-of-term information

Customers of the former SmartBuy or Suzuki Buyer's Choice balloon program: get end-of-term information here.

### Personal auto financing

Find out which Ally financing is right for you: buying, leasing or Ally Buyer's Choice

### Business auto financing

We can help you buy or lease vehicles for your organization

## Navigation

search ally.com   search ally.com
[ search ]

- global
- contact us
- help

- security

**Navigation Options**

- Ally Home
- Auto
  - Contact Options
  - Financing Options
  - Banking
  - Online Services
  - Auto Financing
  - Payment Options
  - About Ally
  - Lease-End Process
  - Enroll

- **Auto:**

  Chat Online
  1-888-925-ALLY(2559)
  Hours of Operation

  -
    - options
    - log in

    ## Access checking, savings & CDs

    [icon] Bank Login
    Next time go directly to Bank log in ☐
    [mask]

    ## Make a payment on your vehicle

    [icon] Auto Login
    Next time go directly to Auto log in ☐
    [mask]

    Looking for Dealer Services? Go to Dealer Services

    **Log out**

    - Go to My Accounts  Go to My Vehicles
    - Log Out  Log Out

- print
- font size adjustment options:
  - small font
  - medium font
  - large font

- 
- Ally Bank
- Auto Financing
- Dealer Services

- Commercial Finance
- Ally Financial

- Careers
- Privacy
- Security
- Legal
- Site Map
- Give Feedback

©2009-2012 Ally Financial Inc.

 Skip to navigation

# Products & Services

## Personal

Ally Financial has many ways to help you manage your finances through online banking and auto financing. Ally Bank is a subsidiary of Ally Financial Inc. Member FDIC.

**Ally Bank Products**

- Interest Checking
- High Yield CD
- No Penalty CD
- Raise Your Rate CD
- Money Market
- Online Savings
- Individual Retirement Accounts

**Automotive Financing Products**

- Auto Financing
- Auto Leasing
- GM Vehicle Service Contracts

## Business

No one knows your business better than you do, which is why we offer fully customizable commercial finance, real estate and mortgage, and commercial vehicle financing products.

- Commercial Finance
- Correspondent Funding
- Business Auto Financing & Leasing

## Dealer Services

From auto financing to insurance to smart remarketing tools, Ally has many ways to help your dealership thrive.

- Retail Financing and Leasing
- Dealer Insurance
- Remarketing
- Auto Protection

What does it mean to be a better kind of financial services company?

**Navigation Options**

- Our Company
- Banking
- Investor Relations
- Auto Financing
- About Ally
- Media Center
- Careers
- Giving Back
- Ally St

**a** straightforward

We believe it means doing for our customers what we demand for ourselves.

# Navigation

search ally.com  search ally.com
[ search ]

- global
- contact us
- help
- security

- Ally Home
- About Ally
- Products & Services

- print
- font size adjustment options:
    - small font
    - medium font
    - large font

- Privacy
- Security
- Legal
- Site Map
- Give Feedback

Equal Housing Lender

©2009-2012 Ally Financial Inc.

# EXHIBIT C



Legal Staff

Mr. Donald Jones
7517 E. Culver St.
Scottsdale, Arizona 85257

Also sent via email to: mymanjones@gmail.com

November 27, 2012

Dear Mr. Jones:

I am intellectual property counsel for Ally Financial, including its affiliate Ally Bank, and have recently been made aware of your use and registration of the domain name allybankloans.com.

As you are undoubtedly aware, Ally offers banking services under the Ally brand and expends significant resources promoting and marketing its services. The Ally and Ally Bank marks are registered trademarks with the United States Patent and Trademark Office and Ally operates several websites incorporating the Ally name, including ally.com and allybank.com.

The purpose of your use of the allybankloans.com domain name is obvious – you are using the fame of the Ally mark to redirect consumers other websites. Several weeks ago, you were redirecting consumers who typed in allybankloans.com to the site veteransnationalbank.us, where you falsely claimed that "Veterans National Bank" was affiliated with Ally Bank. Recently you have begun using allybankloans.com to redirect consumers to chase.com, a bank that is a direct competitor of Ally Bank. These activities constitute trademark infringement under state and federal law, unfair competition and false advertising under state law, and violate Section 43(a) of the U.S. Trademark Act, 15 U.S.C. sec. 1125(a), as constituting false designation of origin. Furthermore, your use and registration of allybankloans.com is a clear violation of the Federal Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. sec. 1125(d). In addition to the provision of attorney fees, the ACPA provides statutory damages of up to $100,000 per infringing domain name.

This is Ally's second attempt to inform you that your use and registration of allybankloans.com infringes Ally's trademark rights and to amicably settle this matter. We respectfully repeat our demand that you immediately cease and desist from any further use of the allybankloans.com domain name, transfer the domain name registration to Ally and contact me to

---

300 Galleria Officentre, Suite 210      Mail Code: 480-300-210         Southfield, Michigan 48034
Phone: 248-263-6091                     Email: gary.donohue@ally.com   Fax: 248-636-2916

Page 2

confirm that you have discontinued use of the domain name and will provide Ally the authorization code to transfer the registration to Ally.

Your failure to respond to me on or before **December 5, 2012** will leave Ally no alternative but to pursue legal action to stop your infringement of the Ally and Ally Bank marks. Ally reserves all of its rights by this letter.

Sincerely,

Gary W. Donohue
Intellectual Property Counsel, Ally Financial