**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Ally Financial, Inc., <br><br>        Plaintiff, <br><br>vs. <br><br>Donald Jones, <br><br>        Defendant. | No. CV-13-00139-PHX-PGR <br><br>ORDER |

      In its Order (Doc. 17) granting plaintiff Ally Financial, Inc.'s Application for Entry of Default Judgment and in its Default Judgment (Doc. 18), the Court awarded the plaintiff its reasonable attorneys' fees pursuant to 15 U.S. C. § 1117(a), contingent on the plaintiff filing a timely fee application, based on the Court's finding that defendant Donald Jones had willfully violated the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). Pending before the Court is the plaintiff's timely-filed Application for Attorneys' Fees (Doc. 20), wherein it seeks attorneys' fees in the total amount of $8,207.50. Having considered the plaintiff's application and accompanying exhibits, the Court finds that the plaintiff is entitled to an award of attorneys' fees from the defendant in the amount of $7,639.00.

      The plaintiff seeks fees for the work performed by two attorneys: Maurice

Jenkins, who charged a billing rate of $375.00 per hour and Stephen Coleman, who charged a billing rate of $259.00 per hour. Although the information provided by the plaintiff relevant to the reasonableness of the billed rates is so cursory as to be barely acceptable, the Court concludes that the billed rates are in line with those prevailing in the Phoenix Division of the District of Arizona for attorneys of reasonably comparable experience.

The Court further concludes, however, that the plaintiff is not entitled to be awarded fees for all of the 24.5 hours requested in its fee request. First, the Court will not award the .90 hours ($233.10) the plaintiff seeks for Stephen Coleman's work on January 8-9, 2013 related to his analysis of the requirements and procedure for obtaining a temporary restraining order because the plaintiff never filed any TRO request. Second, the Court will not award the .60 hours ($155.40) for Stephen Coleman's work on July 23-25, 2013 because the submitted time report states that this work was "unbilled." Therefore,

IT IS ORDERED that Plaintiff's Application for Attorneys' Fees (Doc. 20) is granted to the extent that plaintiff Ally Financial, Inc. is awarded attorneys' fees from defendant Donald Jones in the total amount of $7,639.00.

DATED this 14th day of October, 2013.

Paul G. Rosenblatt
United States District Judge